**Order entered February 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01269-CV

### CITY OF DALLAS, Appellant

### V.

### TEXAS EZPAWN, L.P. D/B/A EZMONEY LOAN SERVICES, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03373-A**

## ORDER

Appellee's unopposed motion for leave to file supplemental brief is **GRANTED**. The

supplemental brief, which was filed on February 20, 2013, is deemed timely filed.


/s/    ELIZABETH LANG-MIERS
        JUSTICE